## THE STATE *v.* CURZY.

An information which charges that the defendant, within two years of the commencement of the prosecution, did, knowingly, encourage a negro, named A. B., who had come into the State about the 1st of December, 1860, to remain in the State, by giving him employment and furnishing him a home, is good, and not subject to be quashed.

APPEAL from the *Jefferson* Common Pleas.

*Per Curiam.*—The affidavit and information in this case were filed in 1861, and charge that the defendant, within two years of the commencement of the prosecution, did, knowingly, encourage a negro man named *Wilson*, who had come into the State about the 1st of December, 1860, which fact was known to the defendant, to remain in the State; such encouragement being given by giving him employment, and furnishing him a home, etc. The information was quashed. We think the information was good.

The judgment is reversed, with costs. Cause remanded, etc.

*Oscar B. Hord*, Attorney-General, for the State.